UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Fernando Morales, | § § | |
| Plaintiff, | § | NO:  SA:13-CV-01092-DAE |
| vs. | § § | |
| Square, Inc., | § § | |
| Defendant. | § § | |

## ORDER RESETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is reset for hearing on Defendant Square, Inc.'s Motion to Dismiss (Dkt no. 10) before Senior United States District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Friday, December 05, 2014 at 09:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas August 29, 2014.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE