UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FERNANDO MORALES, | § § | |
| Plaintiff, | § § | Civil Action No. 5:13-CV-1092-DAE |
| v. | § § | |
| SQUARE, INC., | § § | JURY TRIAL REQUESTED |
| Defendant. | § § | |

**JOINT MOTION TO EXTEND RESPONSE & REPLY DEADLINES**

Plaintiff Fernando Morales ("Mr. Morales") and Defendant Square, Inc. ("Square"), respectfully request a two-week extension to September 22, 2014, for Mr. Morales to Respond to Defendant's Motion to Dismiss; and a one-week extension to October 9, 2014, for Square to Reply to Mr. Morales's Response. As the hearing is set for December 5, 2014 (Dkt No. 14), these extensions will not require an extension with the Court's current hearing schedule.

| | |
|---|---|
| Dated: September 5, 2014 | Respectfully Submitted, |
| */s/ Stefani E. Shanberg (with permission)* | */s/ Daniel R. Scardino* |
| Stefani E. Shanberg | Daniel R. Scardino |
| Texas State Bar No. 24009955 | Texas State Bar No. 24033165 |
| **WILSON SONSINI GOODRICH & ROSATI, P.C.** | **REED & SCARDINO LLP** |
| One Market Plaza | 301 Congress Avenue, Suite 1250 |
| Spear Tower, Suite 3300 | Austin, TX 78701 |
| San Francisco, CA 94105 | Tel: (512) 474-2449 |
| Tel: (415) 947-2000 | Fax: (512) 474-2622 |
| Fax: (415) 947-2099 | dscardino@reedscardino.com |
| sshanberg@wsgr.com | |
| | **ATTORNEY FOR PLAINTIFF** |
| Michael D. Paul | **FERNANDO MORALES** |
| Texas State Bar No. 24051171 | |
| **GUNN, LEE & CAVE, P.C.** | |
| 300 Convent Street, Suite 1080 | |
| San Antonio, Texas 78205 | |
| Tel: (210) 886-9500 | |
| Fax: (210) 886-9883 | |
| mpaul@gunn-lee.com | |
| | |
| **ATTORNEYS FOR DEFENDANT** | |
| **SQUARE, INC.** | |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the MOTION TO EXTEND RESPONSE DEADLINE was filed electronically in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). I further certify that it was served on the below named person(s) via email on this 5th day of September, 2014.

Attorney for Defendant, Square, Inc.:
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Email: sshanberg@wsgr.com

*/s/ Daniel R. Scardino*
Daniel R. Scardino